

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00749-CR

Gabriel James **FUENTES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5272W
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 12, 2018.

_____
Patricia O. Alvarez, Justice